# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131885

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

T.C. SPANN BIBLE INSTITUTE,
        Plaintiff-Appellant,

v

                                   SC: 131885
                                   COA: 268312
                                   Ct of Claims: 04-000080-MZ

STATE OF MICHIGAN,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the July 6, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

s1120

_____
Clerk